No. 120. UNITED STATES *v.* CRESCENT AMUSEMENT CO. ET AL. The appeal from the United States District Court for the Middle District of Tennessee is dismissed on motion of counsel for the appellant. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Philip B. Perlman,*

902

then Solicitor General, and *Solicitor General Cummings* for the United States. *William Waller* for the Crescent Amusement Co. et al.; and *W. H. Mitchell* for the Muscle Shoals Theatres et al., appellees.